[Nos. 20853–5–I; 21098–0–I.   Division One.   July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY D. MARSTON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT G. SMITH, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 86–1–03347–1, 87–1–00686–3, Norman W.

Quinn and Frank D. Howard, JJ., entered July 22 and September 3, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Coleman, A.C.J., and Grosse, J.